**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DAVID M. TROTMAN,

                  Plaintiff,

   -against-                                    24 **CIVIL** 8455 (LTS)

                                                    **JUDGMENT**

WARDEN OF DOC NYC, ET AL.,

                  Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 22, 2025, Plaintiff's motion for reconsideration (ECF 6-7) is denied. As set forth in the September 3, 2024 order, Plaintiff's application to proceed IFP is denied, pursuant to 28 U.S.C. § 1915(g), because Plaintiff has three strikes and the imminent danger exception does not apply. Judgment is entered dismissing this action without prejudice. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

      April 23, 2025

                                                       **TAMMI M HELLWIG**
                                                        **Clerk of Court**

                          **BY:**        *K. Mango*

                                                        **Deputy Clerk**